FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2012 MAY -2 PM 12: 55

CLERK, US DISTRICT
MIDDLE DISTRICT OF FL
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

JASON HOFFNER

CASE NO. 8:12-CR-178-T-27AEP
18 U.S.C. § 514(a)(2)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 24, 2009, within the United States and in the Middle District of Florida,

JASON HOFFNER,

defendant herein, willfully and with intent to defraud, did pass, utter and offer and attempt to pass, utter and offer, a false and fictitious instrument, document and item which appeared, represented and purported to be an actual security and financial instrument issued under the authority of the United States.

In violation of Title 18, United States Code, Section 514(a)(2).

### COUNT TWO

On or about December 8, 2009, within the United States and in the Middle District of Florida,

JASON HOFFNER,

defendant herein, willfully and with intent to defraud, did pass, utter and offer and attempt to pass, utter and offer, a false and fictitious instrument, document and item

which appeared, represented and purported to be an actual security and financial instrument issued under the authority of the United States.

In violation of Title 18, United States Code, Section 514(a)(2).

### COUNT THREE

On or about January 13, 2010, within the United States and in the Middle District of Florida,

JASON HOFFNER,

defendant herein, willfully and with intent to defraud, did pass, utter and offer and attempt to pass, utter and offer, a false and fictitious instrument, document and item which appeared, represented and purported to be an actual security and financial instrument issued under authority of the United States.

In violation of Title 18, United States Code, Section 514(a)(2).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Robert A. Mosakowski
Assistant United States Attorney

By: _____
A. Lee Bentley III
Assistant United States Attorney
Chief, Criminal Division

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JASON HOFFNER

## INDICTMENT

Violations:

Title 18, United States Code, Section 514(a)(2)

A true bill,

_Judith L. Scay_
Foreperson

Filed in open court this 2nd day of May 2012.

_____
Clerk

Bail $_____

GPO 863 525

N:\_Criminal Cases\H\Hoffner, Jason_2011R01481_ram\f_Indictment Back.wpd